# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WAYLAND CHAN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 1:15-cv-611 |
| v. ) | |
| ) | Hon. Sharon Johnson Coleman |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON AN ACCEPTED OFFER OF JUDGMENT

NOW COMES Plaintiff Wayland Chan, by and through his attorneys, who pursuant to Federal Rule of Civil Procedure 68, and Local Rule 54.3, respectfully requests this Honorable Court to grant his Motion for Judgment on an Accepted Offer of Judgment, and states as follows:

1. On March 12, 2015, Defendant transmitted to Plaintiff an offer, pursuant to Fed.R.Civ.P. 68, to allow judgment to be entered against it and in favor of Plaintiff in return for payment to Plaintiff of $1,201 in damages plus reasonable attorneys' fees and costs. (Exhibit A, Defendants' Offer).

2. On March 16, 2015, within 14 days of being served with Defendants' offer, Plaintiff filed his Acceptance of Offer of Judgment (Dkt. # 14) accepting Defendant's offer of Judgment.

3. Federal Rule of Civil Procedure 68(a) states as follows:

> **(a) Making an Offer; Judgment on an Accepted Offer. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer**

**and notice of acceptance, plus proof of service. The clerk must then enter judgment.**

4.  Plaintiff accepted Defendant's offer of judgment within the 14 day time period.

5.  As of the filing of this Motion, judgment has not yet been entered in Plaintiff's favor.

WHEREFORE, based on the foregoing, Plaintiff, by and through his attorneys, respectfully requests that this Court, pursuant to Fed.R.Civ.P. 68, enter judgment in favor of Plaintiff. Plaintiff further requests that this Court direct the parties to proceed according to Local Rule 54.3, and/or for any other or further relief this Court deems just.

Dated: March 24, 2015

                                            Respectfully Submitted,

                                            /s/ *Bryan Paul Thompson*
                                            One of Plaintiff's Attorneys

Michael Wood
Andrew Finko
Bryan Thompson
Wood Finko & Thompson P.C.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312) 265-3227
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com

# CERTIFICATE OF SERVICE

I, Bryan Paul Thompson, an attorney, hereby certify that on March 24, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 24, 2015**                                      Respectfully submitted,

                                                               By:    /s/ *Bryan Paul Thompson*

Michael Wood
Andrew Finko
Bryan Thompson
***Wood Finko & Thompson P.C.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
mwood@woodfinkothompson.com
afinko@woodfinkothompson.com
bthompson@woodfinkothompson.com